In re:                                                          Case No. 17-01865-JJT
Joseph C. Walter                                                Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4         User: AGarner          Page 1 of 1          Date Rcvd: Oct 17, 2017
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db              +Joseph C. Walter,    613 Wilson Street,   Williamsport, PA 17701-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
            James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
             Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
             bkgroup@kmllawgroup.com
            Karina Velter    on behalf of Creditor   NATIONSTAR MORTGAGE LLC amps@manleydeas.com
            Norman M. Lubin    on behalf of Debtor 1 Joseph C. Walter  Norm@cbatty.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH C. WALTER | : | |
| | : | |
| | : | |
| Debtor(s) | : | CASE NO.  4:17-BK-01865JJT |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 35 |
| | : | |
| vs | : | |
| JOSEPH C. WALTER | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Williamsport, PA in said District,

Upon consideration of the STIPULATION filed October 16, 2017

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee=s

MOTION TO DISMISS for material default filed on or about September 13, 2017,

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

**By the Court,**

John J. Thomas, Bankruptcy Judge

(AG)

Dated: October 17, 2017