**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: JOSEPH C. WALTER

    CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

    CASE NO: 4-17-01865-JJT

JOSEPH C. WALTER

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on March 26, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of March 26, 2018, the Debtor(s) is/are $4683.60 in arrears with a plan payment having never been made .

    In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

    Respectfully Submitted,
    /s/ Liz Joyce
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: March 26, 2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH C. WALTER

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

CHAPTER 13

JOSEPH C. WALTER

CASE NO: 4-17-01865-JJT

        Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on March 26, 2018.

NORMAN M. LUBIN, ESQUIRE
33 WEST 3RD STREET
CORESTATE PLAZA - SUITE 202
WILLIAMSPORT, PA 17701

JOSEPH C. WALTER
613 WILSON STREET
WILLIAMSPORT, PA 17701

        RESPECTFULLY SUBMITTED,

        /s/ Liz Joyce
        for Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone: (717) 566-6097

Dated: March 26, 2018