```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
In re:                                                         Case No. 17-01865-JJT
Joseph C. Walter                                               Chapter 13
         Debtor         CERTIFICATE OF NOTICE

District/off: 0314-4         User: AGarner           Page 1 of 1           Date Rcvd: Mar 27, 2018
                             Form ID: pdf010         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
```
db             +Joseph C. Walter,    613 Wilson Street,    Williamsport, PA 17701-3523
4917642        +Captial One Bank,    P.O. Box 30285,    Salt Lake City, CT 84130-0285
4917640        +Geisinger Medical Center,    100 N. Academy Ave,    Danville, PA 17822-0001
4917644         Kimberly Bonner, Esq,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, Ohio 43216-5028
4917641        +Nation Star Mortgage LLC,    8950 Cypress Walters Blvd,    Coppell, Texas 75019-4620
4917639        +UPMC Susquehanna,    700 High Street,    Williamsport, PA 17701-3100
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4917637        +E-mail/Text: nailda@centralcreditaudit.com Mar 27 2018 18:56:26     Central Credit Audit,
                 100 N. 3rd Street,    Suite # 1,    Sunbury, PA 17801-2367
4943132         E-mail/Text: bkr@cardworks.com Mar 27 2018 18:55:49     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4917643         E-mail/Text: bkr@cardworks.com Mar 27 2018 18:55:49     Merrick Bank,    P.O. Box 9201,
                 Old Beth Page, NY 11804-9001
4965859         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 18:57:19
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4917638        +E-mail/Text: bankruptcy@remitcorp.com Mar 27 2018 18:56:05     Remit Corp.,    36 W. Main Street,
                 Bloomsburg, PA 17815-1703
4940913        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2018 19:03:04      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
4968352        +E-mail/Text: bkteam@selenefinance.com Mar 27 2018 18:55:54
                 Wilmington Savings Fund Society, FSB,    c/o Selene Finance LP,    9990 Richmond Avenue,
                 Suite 400 South,    Houston, TX 77042-4546
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4920057         Nationstar Mortgage LLC
                                                                                      TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Norman M. Lubin    on behalf of Debtor 1 Joseph C. Walter Norm@cbatty.com
              Sarah Elisabeth Barngrover    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Joseph C. Walter

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
vs.

Movant(s)

JOSEPH C. WALTER

Respondent(s)

Chapter: 13

Case No.: 4:17-bk-01865-JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: March 27, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)